No. 91–1814. COMER ET AL. *v.* KENTUCKY TRANSPORTATION CABINET DEPARTMENT OF HIGHWAYS. Ct. App. Ky. Certiorari denied.

No. 91–1815. WESTBOROUGH MALL, INC., ET AL. *v.* CITY OF CAPE GIRARDEAU, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 91–1816. ILLINOIS *v.* BREEDING. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–1818. BIGGINS *v.* HAZEN PAPER CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–1823. JONES *v.* ODOM, SHERIFF OF WHITE COUNTY, ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 91–1824. POINTER *v.* CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1827. BLANKMANN ET AL. *v.* SARGENT. Ct. App. Ga. Certiorari denied.

No. 91–1832. TITTJUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–1838. ROCK *v.* PREATE, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1896. AVIATION ASSOCIATES, INC. *v.* AIRLINE PILOTS ASSN., INTERNATIONAL. C. A. 1st Cir. Certiorari denied.

No. 91–1903. CRESSWELL ET AL. *v.* SULLIVAN & CROMWELL. C. A. 2d Cir. Certiorari denied.

No. 91–1905. CARVER ET AL. *v.* WESTINGHOUSE HANFORD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1914. SHORE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.